```
Randy Renick, Esq. [S.B. #179652]
Joshua Piovia-Scott, Esq. [S.B. #222364]
HADSELL STORMER KEENY
       RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone:  (626) 585-9600
Facsimile:   (626) 577-7079
E-mail: rrr@hskrr.com
```

[Counsel for Plaintiffs Continued on Signature Page]
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENARO ZENDEJAS MORALES, RICKY SILVA and CHRISTIAN SANCHEZ, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>ARAMARK CORPORATION, a Delaware Corporation formerly known as ARAMARK SERVICES, INC.; ARAMARK SPORTS, INC., ARAMARK SPORTS, LLC and DOES 1-200, inclusive,<br><br>  Defendants.<br>_____<br>KRISTINA LE-NGUYEN, an individual, and CAMILLE LEWIS, an individual, on behalf of themselves, and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>ARAMARK CORPORATION; a Delaware Corporation; and DOES 1 through 100, Inclusive,<br><br>  Defendants<br>_____ | MASTER FILE NO. 2:09-cv-05565 JHN MLGx<br><br>**CORRECTED NOTICE OF MOTION**<br><br>**Date: May 3, 2010**<br>**Time: 2:00**<br>**Courtroom: 790 Roybal**<br><br><br><br><br><br><br><br><br><br><br><br>Case No. 8:09-cv-01037-FMC-MLGx |

1

MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT AGREEMENT

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

**PLEASE TAKE NOTICE** that on May 3, 2010, at 2:00 p.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Jacqueline H. Nguyen of the above-entitled court, located in Courtroom 790, 255 East Temple Street, Los Angeles, CA 90012, Plaintiffs will move for preliminary approval of a class action settlement in this case. The motion will be based on the Federal Rules of Civil Procedure, the foregoing notice, points and authorities, and declarations and exhibits filed concurrently herewith, and the pleadings, records and files in this action.

DATED: April 5, 2010

Respectfully submitted,

HADSELL STORMER KEENY
   RICHARDSON & RENICK, LLP


By _____/s/_____
   Randy Renick
Attorneys for Plaintiffs