UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENARO ZENDEJAS MORALES, RICKY SILVA and CHRISTIAN SANCHEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARAMARK CORPORATION, a Delaware Corporation formerly known as ARAMARK SERVICES, INC.; ARAMARK SPORTS, INC., ARAMARK SPORTS, LLC and DOES 1-200 inclusive<br><br>Defendants. | CASE NO. 2:09-cv-05565-JHN-MLGx<br><br>**SUPPLEMENTAL DECLARATION OF KARIN CARMIN** |

I, Bernella Lenhart, declare as follows:

1. I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was appointed as the Settlement Administrator in this matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On September 2, 2010 at the request of Counsel for the parties, Gilardi mailed a Postcard to 21,790 class members who had not filed an opt out. Attached hereto as Exhibit A is the Postcard.

-1-

3. On September 2, 2010, Gilardi posted on its website the Motion for Final Approval of Settlement Agreement and Request for Award of Attorneys' Fees and Costs: http://www.gilardi.com/aramark/.

4. The claims filing postmark deadline was on September 16, 2010. To date, Gilardi has received 8,571 timely claim forms and 49 late claim forms. Of the 8,571 timely claim forms, 21 claims are from individuals who are not in the class member list and another two class members subsequently withdrew their claims in order to file opt outs. Information on the 21 individuals who are not in the class member list has been forwarded to Defense Counsel for research. Excluding the 21 claims from individuals who are not in the class member list and the two claims that were withdrawn, the full time work weeks claimed total 247,586 and the part time work weeks claimed total 293,961. Therefore, as of September 30, 2010, 39% of the claim forms have been returned which account for 55% of the total work weeks.

5. The deadline for filing an objection to Attorneys' Fees and Costs was September 20, 2010. To date, Gilardi has received four objections. Each of these four objectors have concurrently filed a claim. The four objectors and the number of weeks claimed are: Victor Ballesteros Jr. (2 part time weeks, zero full time weeks), Anita Agers (43 part time weeks, 50 full time weeks), Stephon Taylor (2 part time weeks, 10 full time weeks), and Valerie West (0 part time weeks, 2 full time weeks).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 30th day of September, 2010 at San Rafael, California.

KARIN CARMIN

SUPPLEMENTAL DECLARATION OF BERNELLA LENHART

# EXHIBIT A

*Morales v. ARAMARK Corporation, et al.*
Master File No. 2:09-cv-05-05565-JHN-MLGx

The Motion For Final Approval of Settlement Agreement and Request for Award of Attorneys' Fees and Costs was filed on August 30, 2010 with the United States District Court. This Motion can be viewed at http://www.gilardi.com/aramark/. You have until September 20, 2010 if you wish to file an objection to the Request for Award of Attorney's Fees and Costs. Any objection must be addressed to the Claims Administrator, Gilardi & Co. LLC and postmarked on or before September 20, 2010.

Morales v. ARAMARK Corporation Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8060
San Rafael, CA 94912-8060
Phone: (866) 249-1406

---

Morales v. ARAMARK Corporation Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8060
San Rafael, CA 94912-8060

Legal Notice

Barcode
Postal Service: Please Do Not Mark Barcode

ARAMK-<<claim7>>-<<ckdig>>

Fname Lname
Addr1 Addr2
City, State Zip   Country

See other side for details

**ARAMK**